IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02312-WYD-CBS

KEVIN PEART,

    Plaintiff,

v.

DEPUTY MICHAEL VILLEGAS;
UNNAMED OFFICER NO. 1;
SHERIFF JOHN COOKE, in their official capacities; and
THE COUNTY OF WELD,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's "Unopposed Motion to File Amended Complaint" (*doc. # 22)* is GRANTED. Plaintiff's tendered "Amended Complaint" is accepted for filing as of the date of this order.

**DATED:**    February 26, 2010