IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02312-WYD-CBS

KEVIN PEART,

  Plaintiff,

v.

DEPUTY MICHAEL VILLEGAS,
UNNAMED OFFICER NO. 1,
SHERIFF JOHN COOKE, in their official capacities, and
THE COUNTY OF WELD,

  Defendants.

---

**ORDER GRANTING DEFENDANT MICHAEL VILLEGAS'S UNOPPOSED MOTION
FOR LEAVE TO TAKE THE DEPOSITION OF A PRISON INMATE PURSUANT TO
Fed.R.Civ.P. 30(a)(2)(b)**

---

  THIS MATTER coming before the Court on Defendant Michael Villegas's Unopposed

Motion for Leave to Take the Deposition of A Prison Inmate Pursuant to Fed.R.Civ.P.

30(a)(2)(B) (*doc. # 32)*.  The Court, having reviewed the Motion and being fully advised:

  IT IS HEREBY ORDERED that said Motion is GRANTED.  Defendant Michael

Villegas is granted leave to take the deposition of Plaintiff Kevin Peart at Bent County

Correctional Facility in Las Animas, Colorado at a time convenient to all parties.

DATED at Denver, Colorado, this 22nd day of April, 2010.

       BY THE COURT:


       *s/Craig B. Shaffer*
       Craig B. Shaffer
       United States Magistrate Judge