IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02312-WYD-CBS

KEVIN PEART,

    Plaintiff,

v.

DEPUTY MICHAEL VILLEGAS, in his individual and official capacity,
SHERIFF JOHN COOKE, in his official capacity; and
THE COUNTY OF WELD,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendants. The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal with Prejudice is **APPROVED**. In accordance therewith, all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**, all parties to pay their own costs and fees.

Dated this 6th day of July, 2010.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE